**FILED**

MAR - 8 2006

United States District Court for the District of Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Luis TJ Leal sr. | // | |
| 309 Palmer | // | |
| Toledo, Ohio 43608 | // | case no._____ |
| Plaintiff, | // | |
| | // | COMPLAINT TO ADDRESS |
| -vs- | // | FREEDOM OF INFORMATION |
| | // | ACT DENIAL |
| Homeland Security | // | |
| Washington, D.C. | // | |
| Respondent, | // | |

CASE NUMBER 1:06CV00425

JUDGE: Paul L. Friedman

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 03/08/2006

This action was initiated pursuant to, Doe v Gonzales 126 SCt 1, 2006,

18 USC 2709, stating that the denial of the Homeland Security Agency,

including, that the denial was as in Doe v Gonzales 126 SCt 1, 2006,

unlawful prior restraint on speech that is causing irreparable harm preventing

plaintiff's effective participation in current debate, both in congress and among

the public-regarding and including proposed revisions to patriot act. → (denial attached)

**CONCLUSION**

That the Homeland Security Agency make the information requested available.

Respectfully submitted,
by _[signature]_

**CERTIFICATE OF SERVICE**

This is to certify that the instant complaint has been mailed to all parties involved pursuant to certified and united states regular mail, this 7 day of January 2006.

By _[signature]_

RECEIVED

FEB 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of Homeland Security
Washington, DC 20528



Homeland Security

January 18, 2006

Mr. Luis T. J. Leal
309 Palmer
Toledo, OH 43608

Dear Mr. Leal:

I am writing in response to your Freedom of Information Act appeal of action taken by the FOIA Officer for the Department of Homeland Security's Directorate for Information Analysis and Infrastructure Protection on a request that has been identified as IAIP05F026.

I understand that you requested access to records "related to the use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory." You were advised that no records responsive to your request could be located. My staff has determined that this response is correct. The mission of the Department of Homeland Security is to lead a unified national effort to secure America by preventing and deterring terrorist attacks and to prevent and respond to threats and hazards to the nation. It is unlikely that the Department would be involved in matters involving a local election.

If you consider my response to be a denial of access, you are entitled to seek judicial review in accordance with the FOIA provisions found at 5 U.S.C. § 552(a)(4)(B).

Sincerely,

*Maureen Cooney*

Maureen Cooney
Acting Chief Privacy Officer

06 0425

**FILED**

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

16
1 800 323 8603
Civil rights
Civil liberties violations

DHS-016.01
245 MURRAY DR
DC 20528

www.dhs.gov



*Information Analysis and
Infrastructure Protection*

U.S. Department of Homeland Security
Washington, DC 20528

August 4, 2005

Mr. Luis T. J. Leal, Sr.
309 Palmer
Toledo, OH 43608

Re: IAIP05F026

Dear Mr. Leal:

This is in response to your undated Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) for a copy of any documents relating to use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory, as summarized by the National Security Agency correspondence you attached to your cover letter. Your request was subsequently transferred to the Information Analysis and Infrastructure (IAIP) Directorate and was received in this office on May 25, 2005.

After a thorough search of directorate files, no records responsive to your request were identified.

This "no records" finding may be considered an adverse determination. This determination has been made by the undersigned Initial Denial Authority. If you disagree with this decision, you may file an appeal by submitting a written notice to the following address: Director, Departmental Disclosure; Privacy Office, Department of Homeland Security, TSA Headquarters Building, 601 S. 12th Street, E3-S, Arlington, VA 22202. Your appeal must be postmarked within 60 calendar days from the date of this letter. The appeal should contain the FOIA case number, a concise statement of the grounds upon which the appeal is brought and a description of the relief sought. A copy of this letter should accompany your appeal. Both the envelope and your letter should clearly identify that a <u>Freedom of Information Act Appeal</u> is being made.

www.dhs.gov

There are no fees associated with the processing of this request.

Should you need further assistance, please contact me at (202) 282-8522.

Sincerely,

for *[signature]*
Sandy Ford Page
Director, Disclosure Office
Initial Denial Authority
Information Analysis and Infrastructure
   Protection Directorate