UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| LUIS T.J. LEAL, SR. </br></br>  Plaintiff, </br></br> v. </br></br> DEPARTMENT OF HOMELAND SECURITY, </br></br>  Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civ. No.: 06-0425(PLF) </br> ) </br> ) </br> ) </br> ) </br> ) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of Homeland Security respectfully requests the Court for a 30-day extension of time to respond to *pro se* Plaintiff Luis T.J. Leal's Complaint. Pursuant to Local Rule 7(m), the undersigned intended to contact Mr. Leal to seek his consent for this Motion; however, the undersigned was unable to do so because Mr. Leal's telephone number is neither listed on his Complaint nor on the Court's Docket

There is good cause to grant this Motion. In response to Mr. Leal's Freedom of Information Act (FOIA) request for documents "related to the use of forensics of news broadcasting in Toledo, Ohio, to identify an election conspiracy theory," Defendant informed Mr. Leal that it has no responsive documents. See Jan. 18, 2006 Letter (attached to the Complaint) (Dkt. No. 1). Not satisfied, Mr. Leal filed this FOIA lawsuit claiming that the denial of his FOIA request caused him "irreparable harm preventing plaintiff's effective participation in [sic] current debate, both in [C]ongress and among the public-regarding [sic] and including proposed revisions to [the] [P]atriot [A]ct." Complaint at p. 1.

The deadline for Defendant to respond to the Complaint was on April 13, 2006. The undersigned, however, inadvertently did not note this deadline on his calendar and was not alerted to this deadline until today. The undersigned and agency counsel are diligently investigating Mr. Leal's claim. Defendant needs an additional thirty days to complete that evaluation process and to ascertain whether to answer the Complaint or otherwise file a dispositive motion.

For these reasons, the Court should grant Defendant's Motion for an Extension of Time until May 17, 2006, for Defendant to respond to Mr. Leal's Complaint.

Dated: April 17, 2006.                              Respectfully Submitted,


                                                    _____//s//_____
                                                    KENNETH L. WAINSTEIN, D.C. BAR #451058
                                                    United States Attorney


                                                    _____//s//_____
                                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                                    Assistant United States Attorney

                                                    _____//s//_____
                                                    JOHN C. TRUONG, D.C. BAR #465901
                                                    Assistant United States Attorney
                                                    555 Fourth Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 307-0406

                                                    Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| LUIS T.J. LEAL, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>Defendant. )<br>_____) | Civ. No.: 06-0425(PLF) |

## [PROPOSED] ORDER GRANTING DEFENDANT'S
## MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including May 17, 2006, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 17, 2006, I caused to be served the foregoing <u>Motion for an Extension of Time</u> via First Class mail, with postage prepaid, to *pro se* Plaintiff addressed as follows:

Luis Thomas Jacobs Leal, Sr.
938 Noble Place
Toledo, OH 43608

_____//s//_____
John C. Truong