MAY-16-2005  15:38        DEPT OF HOMELAND                    202 282 8401    P.01

202 205-BTDS (?)

FAX TO: FOIA OFFICE - TONY KENDRICK - DEPT HOMELAND SECURITY
FROM: LUIS T J LEAL, 309 PALMER, TOLEDO, OHIO 43608

## LUIS T. J. LEAL SR. OFFICE
### 419-932-0767 ////// LUISTJLEAL@WEBTV.NET

You are being submitted this FOIA request pursuant to the direction found in the attached National Security Agency documents.

Your continued cooperation is appreciated

Truly,

Luis T.J. Leal Sr.
Encl/



RECEIVED MAY 16 2006 PRIVACY OFFICE

571-227-4171



GOVERNMENT EXHIBIT A

MAY-16-2005  14:43         4194740001                    94%           P.01

MAY-16-2005  15:38      DEPT OF HOMELAND                    202 282 8401    P.02



**NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
FORT GEORGE G. MEADE, MARYLAND 20755-6000**

FOIA Case: 46065
10 May 2005

Mr. Luis T. J. Leal, Sr.
309 Palmer
Toledo, OH 43608

*RELEASE vs DEMOCRATS*

Dear Mr. Leal:

    This responds to your Freedom of Information Act (FOIA) request submitted via facsimile on 26 April 2005, which was received by this office on 26 April 2005, for information on using forensics of news broadcasting in Toledo, Ohio to identify an election process conspiracy, as well as linked activity (a.k.a. capital crimes within the area). Your request has been assigned Case Number 46065.

    For purposes of this request and based on the information you provided in your letter, you are considered an "all other" requester. As such, you are allowed 2 hours of search and the duplication of 100 pages at no cost. There are no assessable fees for this request.

    The National Security Agency/Central Security Service is responsible for centralized coordination, direction, and performance of highly specialized technical functions in support of U.S. Government activities to protect U.S. communications and produce foreign intelligence information. In addition, NSA helps ensure the security of U.S. Government computers. The subject of your request pertains to matters within the United States (domestic matters rather than foreign matters). Therefore, the information you request does not fall within the purview of this Agency, and a search for records responsive to your request would not be productive.

    The fact that we have determined the subject of your request does not fall within the purview of this Agency may be considered by you as an adverse determination. You are hereby advised of this Agency's appeal procedures. Any person notified of an adverse determination may file an appeal to the NSA/CSS Freedom of Information Act Appeal Authority. The appeal must be postmarked no later than 60 calendar days after the date of the initial denial letter. The appeal shall be in writing addressed to the NSA/CSS FOIA Appeal Authority (DC34), National Security Agency, 9800 Savage Road STE 6248, Fort George G. Meade, MD 20755-6248. To aid in processing the appeal, it should reference the adverse determination and explain in sufficient detail and

FOIA Case: 46065

particularity the grounds upon which you believe a search is warranted. The NSA/CSS FOIA Appeal Authority will endeavor to respond to the appeal within 20 working days after receipt, absent unusual circumstances.

In several of our responses to your previous requests, we explained that NSA has a foreign intelligence mission and therefore any requests for domestic intelligence would not fall under our purview. Requests for information pertaining to domestic intelligence would fall under the jurisdiction of one of the law enforcement agencies such as the Federal Bureau of Investigations (FBI) or the Department of Homeland Security (DHS). Therefore, please be advised that any future requests from you for information relating to domestic intelligence will be filed in your previous FOIA case with no further action by this agency.

Sincerely,

LOUIS F. GILES
Director of Policy

U.S. Department of Homeland Security
Arlington, Virginia 22202



# Homeland Security

*Privacy Office DHS-D3*

May 23, 2005

Mr. Luis Leal, Sr.
309 Palmer
Toledo, OH 43608

Re: **DHS/OS/PO 05-469**

Dear Mr. Leal:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), received in our office on May 16, 2005. You are seeking information related to use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory, as summarized by the National Security Agency correspondence you attached to your cover sheet.

I am referring your request to the FOIA Officer for Information Analysis and Infrastructure Protection (IAIP), Sandy Ford Page, for processing and direct response to you. You may contact IAIP via telephone at 202-282-8413.

If you need to contact our office again about this matter, please refer to **DHS/OS/PO 05-469**.

Sincerely,

Catherine M. Papoi
Deputy Director, Departmental Disclosure & FOIA

GOVERNMENT EXHIBIT
B