faxed 924 w/ case 05-470

U.S. Department of Homeland Security
Arlington, Virginia 22202



**Homeland Security**

*Privacy Office DHS-D3*

May 23, 2005

MEMORANDUM FOR:   Sandy Ford Page

FROM:             Catherine M. Papoi
                  Deputy Director, Departmental Disclosure & FOIA

SUBJECT:          FOIA Case Number 05-469

Attached is a FOIA request received at the DHS FOIA/PA office. The requester is seeking information related to use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory, as summarized by the National Security Agency correspondence he attached to his cover sheet.

I have determined that, if such documents exist, they would be under your purview.

The requester has been notified of this transfer. A copy of the transmittal letter is attached.



GOVERNMENT EXHIBIT C



*Information Analysis and
Infrastructure Protection*

**U.S. Department of Homeland Security**
Washington, DC 20528

August 4, 2005

Mr. Luis T. J. Leal, Sr.
309 Palmer
Toledo, OH 43608

Re: IAIP05F026

Dear Mr. Leal:

This is in response to your undated Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) for a copy of any documents relating to use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory, as summarized by the National Security Agency correspondence you attached to your cover letter. Your request was subsequently transferred to the Information Analysis and Infrastructure (IAIP) Directorate and was received in this office on May 25, 2005.

After a thorough search of directorate files, no records responsive to your request were identified.

This "no records" finding may be considered an adverse determination. This determination has been made by the undersigned Initial Denial Authority. If you disagree with this decision, you may file an appeal by submitting a written notice to the following address: Director, Departmental Disclosure; Privacy Office, Department of Homeland Security, TSA Headquarters Building, 601 S. 12th Street, E3-S, Arlington, VA 22202. Your appeal must be postmarked within 60 calendar days from the date of this letter. The appeal should contain the FOIA case number, a concise statement of the grounds upon which the appeal is brought and a description of the relief sought. A copy of this letter should accompany your appeal. Both the envelope and your letter should clearly identify that a <u>Freedom of Information Act Appeal</u> is being made.

www.dhs.gov



There are no fees associated with the processing of this request.

Should you need further assistance, please contact me at (202) 282-8522.

Sincerely,

Sandy Ford Page
Director, Disclosure Office
Initial Denial Authority
Information Analysis and Infrastructure
    Protection Directorate

2