# LUIS T.J. LEAL OFFICE
REPUBLICAN

August 11, 2005

Luis T. J. Leal, Sr.
mailing address/
309 Palmer
Toledo, Ohio 43608
419-932-0767-echalon@webtv.net

Director, Departmental Disclosure
Privacy Office
Department of Homeland Security
TSA Headquarters Building
601 S 12th Street, E3-S
Arlington, VA          22202

RE: FREEDOM OF INFORMATION ACT APPEAL - 1A1P05F026

FIAO representative:

This appeal is being filed pursuant to the following issues:

- that a defined response be issued
- that a reversal be had based on the non effective addressing of the criminal activity therein
  (contending that the response from the instant agency is politicized) violation of public safety rules and or classifying information to elude prosecution and or the misuse of someones office)

would allow the information to be released to me.

Further; the medical expertise level possessed by me,(see application for employment at department of justice/information specialist) known by department would compel production toward effective prosecution and or keeping in the guidelines of respecting the public trust rules(see sct, fcc vs syracuse peace council), and address the misuse of office by some in government in this information circumstance.

Your continued cooperation is appreciated.

Luis sr.

GOVERNMENT EXHIBIT E

U.S. Department of Homeland Security
Washington, DC 20528



January 18, 2006

Mr. Luis T. J. Leal
309 Palmer
Toledo, OH 43608

Dear Mr. Leal:

I am writing in response to your Freedom of Information Act appeal of action taken by the FOIA Officer for the Department of Homeland Security's Directorate for Information Analysis and Infrastructure Protection on a request that has been identified as IAIP05F026.

I understand that you requested access to records "related to the use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory." You were advised that no records responsive to your request could be located. My staff has determined that this response is correct. The mission of the Department of Homeland Security is to lead a unified national effort to secure America by preventing and deterring terrorist attacks and to prevent and respond to threats and hazards to the nation. It is unlikely that the Department would be involved in matters involving a local election.

If you consider my response to be a denial of access, you are entitled to seek judicial review in accordance with the FOIA provisions found at 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Maureen Cooney
Acting Chief Privacy Officer

06 0425

**FILED**

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*[handwritten annotations:]* 16  1 800 323 8603  Civil Rights violations  Civil Liberties  DHS-016.01  245 MURRAY DR  DC 20528

GOVERNMENT EXHIBIT F