UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Luis T.J. Leal, Sr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0425 (PLF) |
| ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Defendant filed a motion for summary judgment on May 17, 2006. Because a ruling on defendant's motion potentially would dispose of this case, the Court issued an Order on May 19, 2006 to advise the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. Plaintiff was notified that, if he failed to file an opposition or other response to defendant's motion by June 20, 2006, the Court may treat the motion as conceded. To date, plaintiff has filed neither an opposition nor a request for more time to do so.

Accordingly, it is hereby

ORDERED that defendant's motion for summary judgment [Dkt. #8] is GRANTED as conceded, and it is further

ORDERED that JUDGMENT shall be entered for defendant. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: July 20, 2006
/s/
PAUL L. FRIEDMAN
United States District Judge