UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Luis T J Leal, sr | // | case no. civ 06-0425 |
| 3332 Stanhope | // | |
| Toledo, Ohio 43606 | // | MOTION TO VACATE ORDER |
| plaintiff, | // | |
| | // | |
| - vs - | // | |
| | // | |
| Homeland Security | // | |
| Washington, D.C. | // | |
| | // | |

**RECEIVED**

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MEMORANDUM

This action being pursued by plaintiff was initiated after consultation with the instant court's clerk, and she found that she, and or the court had made an inadvertent error in listing the wrong address, even after the court had the proper address and mailed preliminary and case starting documents to the proper address; and the court's clerk directed this motion inorder to administer proper justice to the instant case.

That the order disposing of the instant casae was sent to the wrong address.

Respectfully submitted

by _____

CERTIFICATE OF SERVICE

This is to certify that this motion has been submitted to the instant court by certified united states mail and other parties of interest by regular united states mail this ___ day of April, 2007.

by _____

CORRECT ADDRESS LISTED IN PLTF CAPTION HERE

*[handwritten top right: NEW APPEAL / 3332 STANHOPE / TOLEDO OH 43606]*

United States District Court for the District of Columbia

| | |
|---|---|
| Luis TJ Leal sr.<br>309 Palmer<br>Toledo, Ohio 43608<br>    Plaintiff,<br><br>-vs-<br><br>Homeland Security<br>Washington, D.C.<br>    Respondent, | case no. 06-CV-000425<br><br>COMPLAINT TO ADDRESS<br>FREEDOM OF INFORMATION<br>ACT DENIAL |

*[handwritten right side: THE 428 MAPLE ADDRESS THAT DOCUMENT ARE / WERE SENT TO ERRONEOUSLY / HAS NEVER BEEN LISTED ANYWHERE]*

## MEMORANDUM

This action was initiated pursuant to, Doe v Gonzales 126 SCt 1, 2006,

18 USC 2709, stating that the denial of the Homeland Security Agency,

including, that the denial was as in Doe v Gonzales 126 SCt 1, 2006,

unlawful prior restraint on speech that is causing irreparable harm preventing

plaintiff's effective participation in current debate, both in congress and among

the public-regarding and including proposed revisions to patriot act.

*[handwritten: (denial attached)]*

## CONCLUSION

That the Homeland Security Agency make the information requested available.

Respectfully submitted.

by _____

## CERTIFICATE OF SERVICE

This is to certify that the instant complaint has been mailed to all parties involved pursuant to certified and united states regular mail, this ___ day of _____, 2006.

By _____