*NEW ADDRESS*
*3332 STANHOPE*
*TOLEDO, OH 43606*

United States District Court for the District of Columbia

| | | |
|---|---|---|
| Luis TJ Leal sr. | // | |
| 309 Palmer | // | |
| Toledo, Ohio 43608 | // | case no. 06-CV-00425 |
| Plaintiff, | // | |
| | // | COMPLAINT TO ADDRESS |
| -vs- | // | FREEDOM OF INFORMATION |
| | // | ACT DENIAL |
| Homeland Security | // | |
| Washington, D.C. | // | |
| Respondent, | // | |

*THE 438 MAPLE ADDRESS THAT APPEARS, AND DOCUMENT ARE, AND PREVIOUSLY WERE SENT TO, HAS NEVER BEEN LISTED ANYWHERE*

## MEMORANDUM

This action was initiated pursuant to, Doe v Gonzales 126 SCt 1, 2006,

18 USC 2709, stating that the denial of the Homeland Security Agency,

including, that the denial was as in Doe v Gonzales 126 SCt 1, 2006,

unlawful prior restraint on speech that is causing irreparable harm preventing

plaintiff's effective participation in current debate, both in congress and among

the public-regarding and including proposed revisions to patriot act.

*(denial attached)*

## CONCLUSION

That the Homeland Security Agency make the information requested available.

Respectfully submitted,

by _____

## CERTIFICATE OF SERVICE

This is to certify that the instant complaint has been mailed to all parties involved pursuant to certified and united states regular mail, this ___ day of _____, 2006.

By _____