UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUIS T.J. LEAL, SR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-425 (PLF) |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | ECF |
| Defendant. | ) ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 11)**

Defendant does not take a position on *pro se* Plaintiff's Motion to Vacate Order on Defendant's Motion for Summary Judgment (Dkt. No. 11). Although Plaintiff claims that he never received the Court's May 19, 2006 Order advising him to respond to Defendant's dispositive motion because it was sent to wrong address, Plaintiff does not claim that he never received Defendant's Motion to Dismiss or, in the alternative, For Summary Judgment. See Dkt. No. 11.

At present, it appears that Plaintiff has filed a "Notice of Change of Address" and has provided the Court and Defendant with his current address. See Dkt. No. 12. Therefore, if the Court concludes that it is appropriate to vacate its order on Defendant's dispositive motion, the Court should direct that, within 20 days, Plaintiff must respond to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment or the Court shall treat the said Motion as conceded.

Dated: May 1, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS T.J. LEAL, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-425 (PLF) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Vacate Order on Defendant's Motion for Summary Judgment, Defendant's Response thereto, and the entire record herein, it is this _____ day of ____, 2007,

ORDERED that Plaintiff shall file an opposition or otherwise respond to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (filed on May 17, 2006) by _____, 2007; and it is

FURTHER ORDERED that if Plaintiff fails to oppose or otherwise responds to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment by _____, 2007, the Court shall treat Defendant's Motion as conceded and the matter will be dismissed with prejudice.

SO ORDERED.

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 1, 2007, I caused to be served the foregoing <u>Defendant's Response to Plaintiff's Motion to Vacate Order on Defendant's Motion for Summary Judgment</u> via First Class mail, with postage prepaid, to *pro se* Plaintiff addressed as follows:

Luis Thomas Jacobs Leal, Sr.
3332 Stanhope
Toledo, OH 43606

_____//s//_____

John C. Truong