UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Luis T.J. Leal, Sr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0425 (PLF) |
| ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On consideration of plaintiff's "Motion to Vacate Order" and defendant's response thereto, it is hereby

ORDERED that plaintiff's motion to vacate [Dkt. #11] is GRANTED. The Court's July 20, 2006 Order [Dkt. #10] is VACATED and this case shall be reopened. It is further

ORDERED that defendant shall serve a duplicate copy of its motion for summary judgment on plaintiff at his current address of record not later than May 18, 2007. Plaintiff shall file his opposition or other response to defendant's motion not later than June 18, 2007, and defendant shall file its reply, if any, not later than July 6, 2007.

SO ORDERED.

DATE: May 9, 2007                         /s/
                                          PAUL L. FRIEDMAN
                                          United States District Judge