UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS T.J. LEAL, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-425 (PLF) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| Defendant. ) | |

NOTICE OF COMPLIANCE WITH COURT ORDER

On May 9, 2007, the Court issued an order instructing Defendant to re-serve a duplicate copy of its Motion for Summary on Plaintiff. See Dkt. No. 14. Pursuant to the order, Defendant sent to Plaintiff a copy of its Motion for Summary Judgment and the accompanying exhibits. See Letter of May 9, 2007, from Truong to Leal (Gov. Exh. A).

Accordingly, Defendant has complied with the terms of the Court's May 9th Order.

Dated: May 10, 2007.

Respectfully Submitted,

　/s/　Jeffrey A. Taylor　
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　/s/　Rudolph Contreras　
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

　/s/　John C. Truong　
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on May 10, 2007, I caused to be served the foregoing **NOTICE OF COMPLIANCE WITH COURT ORDER** via First Class mail, with postage prepaid, to *pro se* Plaintiff addressed as follows:

Luis Thomas Jacobs Leal, Sr.
3332 Stanhope
Toledo, OH 43606

　　　　　　　　　　　　　　　　　_____//s//_____
　　　　　　　　　　　　　　　　　John C. Truong