

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 9, 2007

VIA FIRST CLASS MAIL

Luis Thomas Jacobs Leal, Sr.
3332 Stanhope
Toledo, OH 43606

      Re:   <u>Leal v. Dep't of Homeland Security</u>, Civ. No. 06-0425(PLF)

Dear Mr. Leal:

    Pursuant to Judge Friedman's Order of May 9, 2007, Defendant hereby serves a duplicate copy of its Motion for Summary Judgment and attachments (Dkt. No. 8).

    According to Judge Friedman's Order, you must file an opposition or otherwise respond to Defendant's Motion no later than June 18, 2007.

                          Sincerely,
                          UNITED STATES ATTORNEY
                          JEFFREY A. TAYLOR

by:                        _____
                          John C. Truong
                          Assistant United States Attorney

Enclosures:


GOVERNMENT EXHIBIT A