**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Luis T. J. Leal, sr.,        )<br>        Plaintiff,        )<br>                               )<br>-vs-                          )<br>                               )<br>Department of Homeland )<br>Security                      )<br>                               ) | Civil Action No. 06-425 PLF<br>(FOIA) |

RECEIVED
MAY 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S AFFIDAVIT/MOTION AGAINST DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR FOR DISMISSAL

Now, comes plaintiff, saying that he, the plaintiff; agrees mostly with defendants' statement of fact; with the following exception being fact.

That defendants' statements about the instant controversy being one involving a local election (see defendants' motion for summary judgement); fails to recognize that the involved area, is an area that has been constantly been used; as a barometer for national elections on a routine basis.

Further, that defendants' identifying it's function, to deter and prevent a universal deviancy, does in fact comprise any election matter, be it local or national, and including the territories not of the fifty states.

The defendant in the above referred motion refers to defendants' denial information based on deliberative exceptions, and points to the letter from the National Security Agency directing defendant to Homeland Security, concerning "related to the use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory.

The above premise considered, defendant moves for denial of defendants' action, in that

in the defendants' own words, the defendant is not supposed to be political in nature. Their denial goes toward using the exceptions, as the government has routinely, to address information that would otherwise be available to the public, of their notes relating to these and other similar circumstances.

Plaintiff, says; that the exception does not apply in the instant cause because the cause presents the criteria that allows the courts to deny such motions as the defendants' has petitioned for; being showing damage; that the courts could base the denial. That being; the necessary damage; which would; cause the denial of defendants' motion; is; a more effective prosecution of the identified, explored and expanded on conspiracy of an area currently in use as a barometer of national elections; by the government entity in control of the mass of information of this cause.

Plaintiff, prays for relief for these reasons.

Respectfully submitted

by _____

### certificate of service
This is to certify that a copy or copies of this motion objection/affidavit to object to defendants' motion for summary judgment/to dismiss has been mailed by appropriate/united states mail to partiof interest this ___ day of May_____, 2007.

by _____

SWORN TO AND SUBSCRIBED TO BEFORE ME

_____
NOTARY PUBLIC

VICKI J. ENGLISH
Notary Public, State of Ohio
My commission has no expiration date.
Section 147.03 R.C.

X _____
Luis T. J. Leal sr