UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Luis T.J. Leal, Sr.,<br><br>    Plaintiff,<br><br>v.<br><br>Department of Homeland Security,<br><br>    Defendant. | Civil Action No. 06-0425 (PLF) |

ORDER

On consideration of plaintiff's "Motion to Vacate Order" and defendant's response thereto, it is hereby

ORDERED that plaintiff's motion to vacate [Dkt. #11] is GRANTED. The Court's July 20, 2006 Order [Dkt. #10] is VACATED and this case shall be reopened. It is further

ORDERED that defendant shall serve a duplicate copy of its motion for summary judgment on plaintiff at his current address of record not later than May 18, 2007. Plaintiff shall file his opposition or other response to defendant's motion not later than June 18, 2007, and defendant shall file its reply, if any, not later than July 6, 2007.

SO ORDERED.

DATE: May 9, 2007

/s/
PAUL L. FRIEDMAN
United States District Judge

faxed 9/24 w/ case 05-470

U.S. Department of Homeland Security
Arlington, Virginia 22202



Homeland Security

*Privacy Office DHS-D3*

May 23, 2005

MEMORANDUM FOR: Sandy Ford Page

FROM: Catherine M. Papoi
Deputy Director, Departmental Disclosure & FOIA

SUBJECT: FOIA Case Number 05-469

Attached is a FOIA request received at the DHS FOIA/PA office. The requester is seeking information related to use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory, as summarized by the National Security Agency correspondence he attached to his cover sheet.

I have determined that, if such documents exist, they would be under your purview.

The requester has been notified of this transfer. A copy of the transmittal letter is attached.



GOVERNMENT EXHIBIT C



*Information Analysis and
Infrastructure Protection*
U.S. Department of Homeland Security
Washington, DC 20528

**Homeland Security**

August 4, 2005

Mr. Luis T. J. Leal, Sr.
309 Palmer
Toledo, OH 43608

Re: IAIP05F026

Dear Mr. Leal:

This is in response to your undated Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) for a copy of any documents relating to use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory, as summarized by the National Security Agency correspondence you attached to your cover letter. Your request was subsequently transferred to the Information Analysis and Infrastructure (IAIP) Directorate and was received in this office on May 25, 2005.

After a thorough search of directorate files, no records responsive to your request were identified.

This "no records" finding may be considered an adverse determination. This determination has been made by the undersigned Initial Denial Authority. If you disagree with this decision, you may file an appeal by submitting a written notice to the following address: Director, Departmental Disclosure; Privacy Office, Department of Homeland Security, TSA Headquarters Building, 601 S. 12th Street, E3-S, Arlington, VA 22202. Your appeal must be postmarked within 60 calendar days from the date of this letter. The appeal should contain the FOIA case number, a concise statement of the grounds upon which the appeal is brought and a description of the relief sought. A copy of this letter should accompany your appeal. Both the envelope and your letter should clearly identify that a Freedom of Information Act Appeal is being made.

www.dhs.gov



GOVERNMENT EXHIBIT D

There are no fees associated with the processing of this request.

Should you need further assistance, please contact me at (202) 282-8522.

                  Sincerely,

                  Sandy Ford Page
                  Director, Disclosure Office
                  Initial Denial Authority
                  Information Analysis and Infrastructure
                     Protection Directorate

MAY-16-2005  15:38       DEPT OF HOMELAND                    202 282 8401    P.01

202 205-8100

FAX TO: FOIA OFFICE - TONY KENDRICK - DEPT HOMELAND SECURITY
FROM: LUIS T J LEAL, 309 PALMER, TOLEDO, OHIO 43608

# LUIS T. J. LEAL SR. OFFICE
### 419-932-0767 //////LUISTJLEAL@WEBTV.NET

You are being submitted this FOIA request pursuant to the directives found in the attached National Security Agency documents.

Your continued cooperation is appreciated

Truly,

Luis T.J. Leal Sr.
Encl/



RECEIVED MAY 16 2005 PRIVACY OFFICE

571-227-4171



GOVERNMENT EXHIBIT A

MAY-16-2005  14:43       4194740001                          96%          P.01

MAY-16-2005  15:38     DEPT OF HOMELAND                202 282 8401    P.02



**NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
FORT GEORGE G. MEADE, MARYLAND 20755-6000**

FOIA Case: 46065
10 May 2005

Mr. Luis T. J. Leal, Sr.
309 Palmer
Toledo, OH 43608

*PLEASE vs DEMOCRATS*

Dear Mr. Leal:

    This responds to your Freedom of Information Act (FOIA) request submitted via facsimile on 26 April 2005, which was received by this office on 26 April 2005, for information on using forensics of news broadcasting in Toledo, Ohio to identify an election process conspiracy, as well as linked activity (a.k.a. capital crimes within the area). Your request has been assigned Case Number 46065.

    For purposes of this request and based on the information you provided in your letter, you are considered an "all other" requester. As such, you are allowed 2 hours of search and the duplication of 100 pages at no cost. There are no assessable fees for this request.

    The National Security Agency/Central Security Service is responsible for centralized coordination, direction, and performance of highly specialized technical functions in support of U.S. Government activities to protect U.S. communications and produce foreign intelligence information. In addition, NSA helps ensure the security of U.S. Government computers. The subject of your request pertains to matters within the United States (domestic matters rather than foreign matters). Therefore, the information you request does not fall within the purview of this Agency, and a search for records responsive to your request would not be productive.

    The fact that we have determined the subject of your request does not fall within the purview of this Agency may be considered by you as an adverse determination. You are hereby advised of this Agency's appeal procedures. Any person notified of an adverse determination may file an appeal to the NSA/CSS Freedom of Information Act Appeal Authority. The appeal must be postmarked no later than 60 calendar days after the date of the initial denial letter. The appeal shall be in writing addressed to the NSA/CSS FOIA Appeal Authority (DC34), National Security Agency, 9800 Savage Road STE 6248, Fort George G. Meade, MD 20755-6248. To aid in processing the appeal, it should reference the adverse determination and explain in sufficient detail and

MAY-16-2005 15:38     DEPT OF HOMELAND                          202 282 8401    P.03

FOIA Case: 46065

particularity the grounds upon which you believe a search is warranted. The NSA/CSS FOIA Appeal Authority will endeavor to respond to the appeal within 20 working days after receipt, absent unusual circumstances.

In several of our responses to your previous requests, we explained that NSA has a foreign intelligence mission and therefore any requests for domestic intelligence would not fall under our purview. Requests for information pertaining to domestic intelligence would fall under the jurisdiction of one of the law enforcement agencies such as the Federal Bureau of Investigations (FBI) or the Department of Homeland Security (DHS). Therefore, please be advised that any future requests from you for information relating to domestic intelligence will be filed in your previous FOIA case with no further action by this agency.

Sincerely,

LOUIS F. GILES
Director of Policy

MAY-16-2005 14:45            4194740001              95%              P.03
                                                                TOTAL P.03



U.S. Department of Homeland Security
Arlington, Virginia 22202

# Homeland Security

*Privacy Office DHS-D3*

May 23, 2005

Mr. Luis Leal, Sr.
309 Palmer
Toledo, OH 43608

Re: **DHS/OS/PO 05-469**

Dear Mr. Leal:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), received in our office on May 16, 2005. You are seeking information related to use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory, as summarized by the National Security Agency correspondence you attached to your cover sheet.

I am referring your request to the FOIA Officer for Information Analysis and Infrastructure Protection (IAIP), Sandy Ford Page, for processing and direct response to you. You may contact IAIP via telephone at 202-282-8413.

If you need to contact our office again about this matter, please refer to **DHS/OS/PO 05-469**.

Sincerely,

Catherine M. Papoi
Deputy Director, Departmental Disclosure & FOIA

GOVERNMENT EXHIBIT
B

# LUIS T.J.LEAL OFFICE
### REPUBLICAN

August 11, 2005

Luis T. J. Leal, Sr.
mailing address
309 Palmer
Toledo, Ohio 43608
419-932-0767-echalon@webtv.net

Director, Departmental Disclosure
Privacy Office
Department of Homeland Security
TSA Headquarters Building
601 S 12th Street, E3-S
Arlington, VA        22202

RE: FREEDOM OF INFORMATION ACT APPEAL - *illegible*

FIAO representative:

This appeal is being filed pursuant to the following issues:

- that a defined response be issued
- that a reversal be had based on the non effective addressing of the criminal activity therein
    (contending that the response from the instant agency is politicized)violation of public safety rules and or classifying information to elude prosecution and or the misuse of someones office)

would allow the information to be released to me.

Further; the medical expertise level possessed by me.(see application for employment at department of justice/information specialist) known by department would compel production toward effective prosecution and or keeping in the guidelines of respecting the public trust rules(see set, fee vs syracuse peace council), and address the misuse of office by some in government in this information circumstance.

Your continued cooperation is appreciated.

Luis sr.

GOVERNMENT EXHIBIT
E



U.S. Department of Homeland Security
Washington, DC 20528

January 18, 2006

Mr. Luis T. J. Leal
309 Palmer
Toledo, OH 43608

Dear Mr. Leal:

I am writing in response to your Freedom of Information Act appeal of action taken by the FOIA Officer for the Department of Homeland Security's Directorate for Information Analysis and Infrastructure Protection on a request that has been identified as IAIP05F026.

I understand that you requested access to records "related to the use of forensics of news broadcasting in Toledo, Ohio to identify an election conspiracy theory." You were advised that no records responsive to your request could be located. My staff has determined that this response is correct. The mission of the Department of Homeland Security is to lead a unified national effort to secure America by preventing and deterring terrorist attacks and to prevent and respond to threats and hazards to the nation. It is unlikely that the Department would be involved in matters involving a local election.

If you consider my response to be a denial of access, you are entitled to seek judicial review in accordance with the FOIA provisions found at 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Maureen Cooney
Acting Chief Privacy Officer

06 0425

FILED
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

16
1 800 323 8603
Civil Rights violations
Civil liberties

DHS-016.01
745 MURRAY DR
DC 20528

GOVERNMENT EXHIBIT
F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS T.J. LEAL, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV00425 |
| ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF SANDY FORD PAGE

I, Sandy Ford Page, hereby declare and state as follows:

1. I am the Freedom of Information Act (FOIA) Officer and Initial Denial Authority for the Disclosure Office in the Office of the Chief of Staff for the Under Secretary for Preparedness at the Department of Homeland Security (DHS). The Directorate of Preparedness was formed in 2005 as part of a reorganization of DHS. In May and June 2005, when Mr. Leal's FOIA request was processed, I was the FOIA Officer and Initial Denial Authority for the Office of the Under Secretary for Information Analysis and Infrastructure Protection (IAIP). IAIP no longer exists within DHS because of the reorganization, and part of its functions and personnel were reassigned to the Directorate of Preparedness. The functions of IAIP included information analysis.

2. As part of my duties in IAIP, I was responsible for the overall management of the FOIA Program, processing FOIA requests, oversight of FOIA requests, and making withholding determinations, including the processing of Mr. Leal's FOIA request which is the subject of this

litigation.

3. I have eighteen years of experience processing FOIA requests. I have been employed by DHS since August 2004 and serve as the Preparedness Director of Disclosure. I have been a federal employee for twenty four years and was a former Department of Defense employee. I served as the Deputy FOIA Officer and subsequently the FOIA Officer for the Defense Threat Reduction Agency from 1998 until my appointment with DHS. Prior to this I worked in the Office of General Counsel reviewing FOIA requests and documentation.

4. The statements I make here are made on the basis of my review of the official files and records of IAIP and DHS, my own personal knowledge, and on the basis of information acquired by me through the performance of my official duties, including contact with other DHS personnel.

5. On May 16, 2005, DHS received Mr. Leal's FOIA request (the request is attached as Exhibit A to this Declaration). The request consisted of a copy of a letter Mr. Leal received from the National Security Agency (NSA). The NSA received a FOIA request from Mr. Leal for "information on using forensics of news broadcasting in Toledo, Ohio to identify an election process conspiracy, as well as linked activity (a.k.a. capital crimes within the area)." The letter from NSA explained that the request did not fall within the purview of their agency, but that "[r]equests for information pertaining to domestic intelligence would fall under the jurisdiction of one of the law enforcement agencies such as the Federal Bureau of Investigations (*sic*) (FBI) or the Department of Homeland Security (DHS)." DHS acknowledged receipt of the FOIA request by letter dated May 23, 2005 (Exhibit B). As the letter to Mr. Leal indicates, his request was referred to IAIP for processing and a direct response.

6. By memorandum dated May 23, 2005, the DHS Deputy Director of Departmental

Disclosure and FOIA forwarded Mr. Leal's FOIA request to me (Exhibit C), in my capacity as the Director of the IAIP Disclosure Office at that time. The request was forwarded to our office because even though records concerning "information on using forensics of news broadcasting in Toledo, Ohio to identify an election process conspiracy, as well as linked activity (a.k.a. capital crimes within the area)" does not reasonably describe records that would be maintained by the Department of Homeland Security. To the extent that records are maintained in the DHS regarding "domestic intelligence," the term used by the NSA, such records would have been maintained by the Assistant Secretary for Information and Analysis of the IAIP Directorate.

7. On May 25, 2005, Donna Sealing, the Deputy IAIP FOIA Officer, sent Mr. Leal's request to the IAIP Chief of Staff's Office for tasking to Information Analysis (IA) offices to accomplish a search of records. The specific offices tasked were Information Analysis-Current (IA-C), Information Analysis – Departmental (IA-D), Information Analysis – Liaison (IA-L), Information Analysis – Plans (IA-P), and Information Analysis – Requirements (OA-R). If any information pertaining to Mr. Leal's request were to be found, it would most logically be located within the Information Analysis offices of IAIP. The IA staff was asked to search paper records, emails, and other electronic records and files utilizing "Toledo Ohio Election Conspiracy Theory" as the search criteria. That tasking was accomplished, searches were conducted, and IAIP was unable to locate any documents responsive to Mr. Leal's request.

8. On August 4, 2005, Donna Sealing signed a letter to Mr. Leal on my behalf which indicated IAIP was unable to locate any files responsive to his FOIA request (Exhibit D).

9. Mr. Leal subsequently appealed this determination of a finding of no records (Exhibit E). The request and response were reviewed in the office of the Acting Chief Privacy Officer and Chief Freedom of Information Act Officer for the Department (Maureen Cooney). By letter

3

dated January 18, 2006, the initial determination made by IAIP was determined to be correct (Exhibit F) based on the fact that the mission of DHS is to "lead a unified national effort to secure America by preventing and deterring terrorist attacks and to prevent and respond to threats and hazards to the nation," and, consequently, it would be "unlikely that the Department would be involved in matters involving a local election," the issue at the heart of Mr. Leal's request and appeal.

10. Each step in handling Mr. Leal's request was consistent with the DHS procedures for responding to requests under the FOIA.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this __2__ day of May, 2006.

_Sandy Ford Page_
SANDY FORD PAGE