UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUIS T.J. LEAL, SR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-425 (PLF) ECF |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

**I.     Introduction.**

In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff, Luis T. Leal, fails to dispute that Defendant properly searched for but could not locate any documents responsive to his FOIA request. For this reason and those set forth in Defendant's dispositive motion, the Court should grant Defendant's motion and dismiss this case with prejudice.

**II.    Argument**.

  **A.    Plaintiff Failed to Controvert Defendant's Statement of Material Facts Not In Genuine Dispute.**

Plaintiff fails to respond to Defendant's Statement of Material Facts for Which There is No Genuine Dispute ("Statement of Facts), in violation of Local Rules 7(h) and 56.1. The D.C. Circuit has held that "if the party opposing the motion fails to comply with this local rule, then 'the district court is under no obligation to sift through the record' and should 'instead . . . deem as admitted the moving party's facts that are uncontroverted by the nonmoving party's [Rule 7(h] statement." SEC v. Banner Fund Int'l, 211 F.3d 602, 616 (D.C. Cir. 2000). Accordingly,

Defendant's Statement of Facts should be deemed admitted. Because there are no disputed material facts in this case, summary judgment is appropriate.

> **B.     Plaintiff Has Not Shown that Defendant Improperly Withheld Responsive Documents.**

Plaintiff filed this FOIA complaint seeking "'information on using forensics of news broadcasting in Toledo, Ohio to identify an election process conspiracy, as well as linked activity (a.k.a. capital crimes within the area).'" Def. Mot. at 1. In response, Defendant moved to dismiss or, in the alternative, for summary judgment arguing that Defendant (1) searched for responsive information in several offices within the Department of Homeland Security and (2) could not locate any documents responsive to Plaintiff's FOIA request. Def. Mot. at 5-6 (citing Declaration of Sandy Page).

Plaintiff's two-page Opposition fails to refute Defendant's argument. Specifically, Plaintiff's Opposition does not argue that Defendant improperly withheld responsive agency records. Indeed, Plaintiff's Opposition states that he "agrees mostly with defendants' [sic] statement of fact." See Opp. at 1. Under these facts, the Court should find that Defendant's search for responsive information was adequate and responsive documents do not exist. Accordingly, the Court should grant Defendant's disposive motion and dismiss this case with prejudice.

**III.    Conclusion.**

For the foregoing reasons and those set forth in Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment, the Court should grant Defendant's Motion and dismiss this case with prejudice.

Dated: June 11, 2007.                                Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406


Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 11, 2007, I caused to be served the foregoing <u>Defendant's Reply in Support of Defendant's Motion for Summary Judgment</u>  via First Class mail, with postage prepaid, to *pro se* Plaintiff addressed as follows:

Luis Thomas Jacobs Leal, Sr.
3332 Stanhope
Toledo, OH 43606

_____//s//_____
John C. Truong