UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LUIS T.J. LEAL, SR.,                )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 06-0425 (PLF)
                                    )
DEPARTMENT OF HOMELAND              )
  SECURITY,                         )
                                    )
            Defendant.              )
_____)

ORDER

       This matter is before the Court on defendant's motion for summary judgment. Having reviewed defendant's motion, plaintiff's opposition, and the entire record of this case, the Court will defer its ruling on defendant's summary judgment motion, and will order defendant to supplement its submission.

       Plaintiff brought this action against the Department of Homeland Security ("DHS") under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552.  He sought "information on using forensics of news broadcasting in Toledo, Ohio to identify an election process conspiracy, as well as linked activity (a.k.a. capital crimes within the area)," Defendant's Memorandum in Support [of their Motion] for Summary Judgment ("Def.'s Mot."), Declaration of Sandy Ford Page ("Page Decl."), Ex. A at 2 (May 10, 2005 letter from L.F. Giles, Director of Policy, Central Security Service, NSA), and evidently challenges its "no records" response. *See generally* Plaintiff's Affidavit/Motion Against Defendants' Motion for Summary Judgment and/or for Dismissal.

On a preliminary review of the record, it appears that defendant has searched for responsive records in places where such records likely would be found. The supporting declaration, however, provides little explanation of what records defendant maintains, how these records are organized and retrieved, or how its staff conducted the searches for records responsive to plaintiff's FOIA request. Based on the current record, the Court cannot conclude that defendant's search was reasonable and adequate under the circumstances, because it cannot ascertain whether the search was "reasonably calculated to uncover all relevant documents." *See Valencia-Lucena*, 180 F.3d at 325 (quoting *Truitt*, 897 F.2d at 542); *Steinberg*, 23 F.3d at 551. The Court will defer its ruling on defendant's summary judgment motion, and will direct defendant to supplement its submission.

Accordingly, it is hereby

ORDERED that, on or before August 15, 2007, defendant shall supplement its submission to address the means by which agency staff conducted the searches for records responsive to plaintiff's FOIA request.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
DATE: July 20, 2007                                  United States District Judge

2