UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **LUIS T.J. LEAL, SR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-425 (PLF) |
| | ) | ECF |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S SUPPLEMENTAL SUBMISSION RE:
ITS SEARCH FOR RESPONSIVE DOCUMENTS**

In this Freedom of Information Act ("FOIA") case, *pro se* Plaintiff Luis T.J. Leal seeks "information on using forensics of news broadcasting in Toledo, Ohio[,] to identify an election process conspiracy, as well as linked activity (a.k.a. capital crimes within the area)."

Defendant moved for summary judgment arguing that the agency conducted a reasonable search for responsive information but did not uncover any. See Def. Mot. for Summary Judgment (Dkt. No. 8). On July 20, 2007, the Court ordered Defendant to supplement its submission "to address the means by which the agency staff conducted the searches for records responsive to plaintiff's FOIA request." July 20, 2007 Order (Dkt. No. 18).

Pursuant to the Court's July 20th Order, Defendant submits declaration from Ms. Alisa Turner and Reginald D. Hudson to explain Defendant's search effort.[1] The Turner Declaration describes in detail "the means " used to conduct searches for responsive documents. See Turner

---

[1] Ms. Sandy Page – the person who submitted the initial declaration attached to Defendant's Motion for Summary Judgment – is no longer with the agency.

Decl. at ¶ 7 (Gov. Exh. 1).  Specifically, the Turner Declaration explains that the agency "search[e] paper records, emails, and other electronic records and files by focusing on 'Toledo Ohio Election Conspiracy Theory' as the search criteria."  Id.  Furthermore, to ensure that Defendant complies with the Court's July 20th Order, Defendant conducted "a new search" for responsive documents.  Turner Decl. at ¶ 9.

The Hudson Declaration describes Defendant's "new search" effort to find responsive to Plaintiff's FOIA request.  Hudson Decl. at ¶ 7 (Gov. Exh. 2).  The Hudson Declaration explains that Defendant used the following search terms to locate responsive documents: "Toledo Ohio," "Toledo Ohio Election," "Toledo Election Process" and "Toledo Election Conspiracy."  See Hudson Decl. at ¶ 11.  Using these search terms, Defendant searched both its "paper document" files and "local area network computer files" but was unable to locate any responsive documents.  See Hudson Decl. at ¶ 12.

The search effort described in the Turner and Hudson Declaration amply demonstrates that Defendant conducted a reasonable and adequate search reasonably calculated to uncover documents responsive to Plaintiff's FOIA request.  See Nation Magazine v. United States Customs Serv., 71 F.3d 885, 890 (D.C. Cir.1995) (noting that where the adequacy of a FOIA search is at issue, for an agency to prevail on summary judgment, it "must establish beyond a material doubt that its search was reasonably calculated to uncover all relevant documents.").  However, the search did not uncover any responsive documents.

For the foregoing reasons and those set forth in Defendant's Motion for Summary Judgment, the Court should grant summary judgment in Defendant's favor and dismiss this case with prejudice.

Dated: August 15, 2007.                    Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 15, 2007, I caused to be served the foregoing <u>Defendant's Supplemental Submission Re: Its Search for Responsive Documents</u> via First Class mail, with postage prepaid, to *pro se* Plaintiff addressed as follows:

Luis Thomas Jacobs Leal, Sr.
3332 Stanhope
Toledo, OH 43606

                                                            _____//s//_____
                                                            John C. Truong

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 10, 2007, I caused to be served the foregoing **NOTICE OF COMPLIANCE WITH COURT ORDER** via First Class mail, with postage prepaid, to *pro se* Plaintiff addressed as follows:

Luis Thomas Jacobs Leal, Sr.
3332 Stanhope
Toledo, OH 43606

_____//s//_____
John C. Truong