UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Luis T.J. Leal, Sr.,<br><br>    Plaintiff,<br><br>v.<br><br>Department of Homeland Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0425 (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

Pursuant to the Court's July 20, 2007 Order, on August 15, 2007, defendant filed supplemental declarations regarding the agency's search for records responsive to plaintiff's Freedom of Information Act request. Defendant filed its supplemental submission timely, and the Court will deny plaintiff's "Motion to Name Defendant Co-Conspirator in that Defendant Homeland Security Failed to Comply to Court Order/Order to Get All Conspirators Named and Prosecuted/To Treat Plaintiff[']s Instant Pleadings(s) as Tort Documents Required by Federal Tort Act." Before ruling on defendant's pending motion for summary judgment, however, plaintiff will have an opportunity to file a response to defendant's supplemental submission.

Accordingly, it is hereby

ORDERED that plaintiff's "Motion to Name Defendant Co-Conspirator in that Defendant Homeland Security Failed to Comply to Court Order/Order to Get All Conspirators Named and Prosecuted/To Treat Plaintiff[']s Instant Pleadings(s) as Tort Documents Required by

1

Federal Tort Act" [Dkt. #20] is DENIED. It is further

ORDERED that, on or before **September 7, 2007**, plaintiff shall file his opposition

or response, if any, to defendant's supplemental submission.

SO ORDERED.

Date: August 21, 2007

/s/ for PAUL L. FRIEDMAN
United States District Judge