**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Luis T. J. Leal,sr.,<br>3332 Stanhope Dr.<br>Toledo, Ohio 43606<br>**plaintiff,** | / | **civil action no. 06-0425(plf)** |
| -vs- | / | **MOTION TO ADD DEFENDANT(JOHN DOE)**<br>**CHANGE CASE NAME TO**<br>**LUIS TJ LEAL SR vs JOHN DOE(U.S. GOVERNMENT) et al.** |
| Department of Homeland Security<br>**defendant,** | / | **MOTION TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT** |

RECEIVED
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MEMORANDUM IN SUPPORT**

Pursuant to the motion submitted on august 15, 2007,(see attached motion) by plaintiff, the tort document thereof, the plaintiff move that the instant court grant this motion, based on, the conspiracy forensic files herein, the continued non-prosecution, Gonzales vs John Doe premise,(should be a debating issue), Fairness doctrine, and the damage thereof to plaintiff's financing and reputation.

Plaintiff would pray that he be allowed to add john doe(unidentified government entities), as the vehicle toward effectively addressing prosecution of the conspiracy identified through forensic technology.

Therefore, summary judgement against defendant Homeland Security be deferred further and defendant(John Doe/unidentified United States government entity(S) be added to this case.

Further, that our government give up the conspiracy evidence, cease the conspiracy

against plaintiff, get put in jail for the ongoing conspiracy, and most importantly in regards to the public, the fair debating of the ongoing conspiracy not being prosecuted by the government.

Respectfully submitted,

by, ______________________

**certificate of service**

**this is to certify that a copy of the instant pleading has been sent to all parties of interest, this 20 day of august, 2007.**

by ______________________