Cite as: 546 U. S. ____ (2005)   1

Opinion in Chambers

NOTICE: This opinion is subject to formal revision before publication in the preliminary print of the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, of any typographical or other formal errors, in order that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

No. 05A295

## JOHN DOE ET AL. v. ALBERTO R. GONZALES, ATTORNEY GENERAL, ET AL.

ON APPLICATION TO VACATE STAY

[October 7, 2005]

JUSTICE GINSBURG, Circuit Justice.

This is an emergency application to vacate an order entered by the United States Court of Appeals for the Second Circuit staying a preliminary injunction entered by the United States District Court for the District of Connecticut. The applicants—a member of the American Library Association referred to herein as "John Doe," the American Civil Liberties Union, and the American Civil Liberties Union Foundation—brought suit in district court, alleging that the nondisclosure provision set forth in 18 U. S. C. §2709(c) violates their First Amendment right to freedom of speech. The District Court granted the applicants' motion for a preliminary injunction against enforcement of §2709(c). A panel of the Second Circuit granted the Government's motion to stay the District Court's judgment pending an expedited appeal. The same panel denied the applicants' subsequent motion to vacate the stay in light of changed circumstances. In view of the character of the constitutional issue presented and the expedited schedule ordered by the Court of Appeals, I deny the application and grant the parties' accompanying motions for leave to file under seal.

APP F

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Luis T. J Leal, sr.<br>3332 Stanhope dr.<br>Toledo, Ohio 43606<br>    PLAINTIFF,<br>-vs-<br><br>Department of Homeland Security<br>    DEFENDANTS, | civil action no. 06-0425(plf)<br><br>**MOTION TO NAME DEFENDANT CO-CONSPIRATOR IN THAT DEFENDANT HOMELAND SECURITY FAILED TO COMPLY TO COURT ORDER/ORDER TO GET ALL CONSPIRATORS NAMED AND PROSECUTED/TO TREAT PLAINTIFFS INSTANT PLEADING(S) AS TORT DOCUMENTS REQUIRED BY FEDERAL TORT ACT** |

RECEIVED
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MEMORANDUM IN SUPPORT**

**IN**, that, defendant, Department of Homeland Security, did not comply to this court's order, ordering defendant, Department Homeland Security, to meet instant court's criteria, on or before August, 15, 2007, plaintiff, move that defendant be defined as a co-conspirator, in relation to the conspirators identified with document identifying such conspirators gotten from defendant, Department Homeland Security documents of record.(see s. ford documents)

Further, that the court define these documents, the documents of the plaintiff adjudicating the instant case, as the necessary tort documents needed to extract plenary damages from the defendant, Department of Homeland Security.

Further, that this instant action cause the government to immediately name, prosecute and jail all conspirators, including investigators, political opponents, bankers, **police,** prosecutors/judicial and reporters.

PURSUINT to, authority used to adjudicate, Gonzales/justice department vs John Doe(546 US ___ ), or

any other authority the instant court wishes to use,

that the instant court grant this order toward a moving to a more meaniful relationship with defendant, Department of Homeland Security, for plaintiff and the instant court.

Respectfully submitted

by _____

**certificate of service**

**this is to certify that a copy of the instant pleading has been sent to all parties of interest, this _16_ day of august, 2007.**

by _____