UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS T.J. LEAL, SR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-425 (PLF) |
| | ) ECF |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S AUGUST 22, 2007 MOTION (DKT. NO. 22) OUT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(2), Defendant respectfully requests leave of Court to file a response to Plaintiff's "Motion to Add Defendant [John Doe]; Change Case Name to Luis J. Leal Sr vs John Doe [U.S. Government] et al.; Motion to Oppose Defendant's Motion for Summary Judgment" (Dkt. No. 22) ("August 22, 2007 Motion") out of time.  Pursuant to Local Rule 7(m), the undersigned counsel intended to contact *pro se* Plaintiff to confer on the relief requested prior to filing this Motion; however, it does not appear that Plaintiff provided contact information where he can be easily reached for meet and confer purposes.

There is good cause for the Court to grant this Motion.  It was excusable neglect that Defendant did not respond to Plaintiff's August 22, 2007 Motion by the deadline (September 5, 2007).  Specifically, on August 17, 2007, Plaintiff filed a "Motion to Name Defendant Co-conspirator in that Defendant Homeland Security Failed to Comply to Court Order/Order to Get All Conspirators Named and Prosecuted/To Treat Plaintiff['] Instant Pleading(s) as Tort Documents Required by Federal Tort Act."  See Dkt. No. 20 ("Plaintiff's August 17th Motion").  Plaintiff's August 17th Motion does not identify any alleged "co-conspirator."  On August 21,

2007, the Court *sua sponte* denied Plaintiff's August 17th Motion.  See August. 21, 2007 Order (Dkt. No. 21).

Thereafter, on August 22, 2007, Plaintiff filed the August 22, 2007 Motion.  Both the August 17th Motion and the August 22nd Motion are substantially similar in that they seek to add certain unnamed defendants to his complaint.  As a result, the undersigned counsel mistakenly believed that the Court had previously denied the August 22nd Motion.  However, a further review of the Docket Report indicates that the Court only denied Plaintiff's August 17th Motion.  See August 21, 2007 Order (Dkt. No. 21).  Upon learning of this fact, Defendant concurrently files an opposition to Plaintiff's August 22nd Motion with this Motion for Leave.

For the foregoing reasons, the Court should grant Defendant's leave to file its concurrently submitted response to Plaintiff's August 22nd Motion out of time.

Dated: September 20, 2007.              Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUIS T.J. LEAL, SR., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-425 (PLF) |
| | ) | ECF |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion for Leave to File Defendant's Opposition To Plaintiff's August 22, 2007 Motion (Dkt. No. 22) Out of Time and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED** that Defendant's Motion for Leave to File Defendant's Opposition To Plaintiff's August 22, 2007 Motion (Dkt. No. 22) Out of Time be and is hereby **GRANTED**.

**SO ORDERED**.

_____
U.S. District Judge

Case 1:06-cv-00425-PLF   Document 23   Filed 09/20/2007   Page 4 of 4

## CERTIFICATE OF SERVICE

I hereby certify that, on September 20, 2007, I caused to be served the foregoing <u>Defendant's Motion for Leave to File Defendant's Opposition to Plaintiff's August 22, 2007 Motion (Dkt. No. 22) Out of Time</u> via First Class mail, with postage prepaid, to *pro se* Plaintiff addressed as follows:

Luis Thomas Jacobs Leal, Sr.
3332 Stanhope
Toledo, OH 43606

_____//s//_____
John C. Truong