UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
LUIS T.J. LEAL, Sr.,                    )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )          Civil Action No. 06-0425 (PLF)
                                        )
DEPARTMENT OF HOMELAND SECURITY,        )
                                        )
                    Defendant.          )
_____)


ORDER

        For the reasons stated in the accompanying Memorandum Opinion, it is hereby

        ORDERED that  plaintiff's motion to add defendant John Doe [Dkt. #22] is

DENIED.  It is further

        ORDERED that defendant's motion for summary judgment [Dkt. #8] is

GRANTED.  It is further

        ORDERED that JUDGMENT shall be entered for defendant.

        This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

        SO ORDERED.



                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE:  November 8, 2007