# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Luis T. J. Leal, sr., )<br>    Plaintiff, )<br>                  )<br>-vs-              )<br>                  )<br>Department of Homeland )<br>Security,          )<br>    Defendant, ) | Civil Action No. 06-0425(PLF)<br><br>**MOTION FOR REHEARING**<br><br>RECEIVED<br>NOV 2 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## MEMORANDUM IN SUPPORT

Now comes plaintiff saying, that a finding of fact and law is mandated; concerning the Secretary of Homeland Security, Michael Chertoff, appearances on news, since the filing of this cause; links of defendant to conspiracy identified herein, and or being deceptive or having a nature of conspiracy; in relation to the advancement of intelligence in these matters and or the evidence of this story.

Whereas; the plaintiff in these matters say; that the finding of fact and law as mandated by the civil rules of procedure; of the Secretary of Homeland Michael Chertoff news appearances; forensic results; would persuade justice to reverse the granting of defendant's motion for summary judgement.

Further; that plaintiff motion for adding john doe is substantiated.

The premise considered, plaintiff prays that this court take steps to release plaintiff from his cia type prison environment at the hands of the racist part of the United States Government.

Respectfully submitted,

by [signature]

**CERTIFICATE OF SERVICE**

This is to certify that all parties of interest named have been mailed this instant motion for rehearing this 17 day of November, 2007.

by [signature]