**Earnings Statement** ADP

NATIONAL OLDER WORKER CAREER CENTER, INC.
3811 NORTH FAIRFAX DRIVE
SUITE 900
ARLINGTON, VA 22203

703-558-4205

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   State:   1 Prince George's Cnty

Period Beginning:  10/13/2007
Period Ending:     10/26/2007
Pay Date:          11/08/2007

07-901RBW

00000000012
CAROLYN E. WILLIAMS
8931 TOWN CENTER CIR
#308
UPPER MARLBORO, MD 20774

Social Security Number: XXX-XX-0920

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.3100 | 68.00 | 905.08 | 20,294.67 |
| Sick | 13.3100 | 8.00 | 106.48 | 998.10 |
| Vacation | 13.3100 | 4.00 | 53.24 | 1,210.96 |
| **Gross Pay** | | | **$1,064.80** | 22,503.73 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Lv Bal | | 6.81 |
| Vacation Lv Bal | | 10.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -64.43 | 1,254.61 |
| | Social Security Tax | -66.02 | 1,395.23 |
| | Medicare Tax | -15.44 | 326.30 |
| | MD State Income Tax | -70.30 | 1,461.00 |
| | Other | | |
| | Checking | -848.61 | 18,066.59 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $1,064.80

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NATIONAL OLDER WORKER CAREER CENTER, INC.
3811 NORTH FAIRFAX DRIVE
SUITE 900
ARLINGTON, VA 22203

Advice number:  00000450013
Pay date:        11/08/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CAROLYN E. WILLIAMS | 003936628977 | 0520 0163 | $848.61 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

*attachment I*

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



**LIPPMAN, SEMSKER & SALB, LLC**
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland 20814
(301) 656-6905

November 2, 2007

Carolyn Williams
8931 Town Center Circle
Unit 308
Largo, MD 20774

07-901-RBW

## Invoice for Attorney's Fees and Costs

Regarding: Williams v. Department of Energy
Invoice No: 106341

| | |
|---|---|
| Previous Balance | $31,754.68 |
| 9/05/2007  Payment   Check No. 2134 | $-40.00 |
| Total Payments and Credits | $-40.00 |
| Balance Due | $31,714.68 |

*Attachment II*